

**LAW OFFICE OF**
**GLPC | GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

June 9, 2025

Hon. Judge Jeannette A. Vargas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:     **AUSTIN v. TWO BRIDGE TAVERN, LLC, et al.**
        **DOCKET NO. 1:25-cv-2395**

Dear Judge Vargas:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing settlement terms. We anticipate that a Stipulation of Dismissal with Prejudice will be filed within sixty (60) days, and likely sooner. Accordingly, the undersigned respectfully requests that the Court stay all deadlines, and grant the parties sixty (60) days to finalize settlement and file dismissal papers.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy